NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

04-1152 c/w 04-730

JOSEPH WILLIAMS AND STACY WILLIAMS

VERSUS

MARK ROBERTS AND McCOY, ROBERTS
& BEGNAUD, LTD.

**********

APPEAL FROM THE
THIRTIETH JUDICIAL DISTRICT COURT
PARISH OF VERNON, NO. 71,526
HONORABLE JOHN C. FORD, DISTRICT JUDGE

**********

OSWALD A. DECUIR
JUDGE

**********

Court composed of Oswald A. Decuir, Jimmie C. Peters, and Glenn B. Gremillion,
Judges.

REVERSED.

James B. Gardner
Lunn, Irion, Salley, Carlisle & Gardner
P. O. Box 1534
Shreveport, LA 71165-1534
(318) 222-0665
Counsel for Defendants/Appellants:
  Mark Roberts
  McCoy, Roberts & Begnaud, Ltd.

Leslie R. Leavoy, Jr.
O'Neal & Leavoy
P. O. Box 1055
DeRidder, LA 70634
(337) 462-6051
Counsel for Plaintiffs/Appellees:
  Joseph Williams
  Stacy Williams

**Kenneth N. Simmons**
**Attorney at Law**
**P. O. Box 490**
**Many, LA 71449**
**(318) 256-1275**
**Counsel for Plaintiffs/Appellees:**
    **Joseph Williams**
    **Stacy Williams**

**Jack L. Simms  Jr.**
**Attorney at Law**
**P. O. Box 1554**
**Leesville, LA 71446**
**(337) 238-9393**
**Counsel for Plaintiffs/Appellees:**
    **Joseph Williams**
    **Stacy Williams**